```
1  JOHN L. BURRIS, ESQ. SBN #69888
   BENJAMIN NISENBAU M, SBN# 222173
2  LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA  94621
   (510) 839-5200
5  (510) 839-3882 fax
6
   Attorneys for Plaintiff
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No.: C7-06500 HRL |
| Plaintiff, | SUMMONS RETURNED EXECUTED |
| v. | SERVED:  CITY OF EAST PALO ALTO |
| CITY OF EAST PALO ALTO, et al. | |
| Defendants. | PROOF OF SERVICE |

AO 440 (Rev. 8/01) Summons in a Civil Action — Jane Doe v. City of East Palo Alto C07-06500

## RETURN OF SERVICE

City of East Palo Alto

Service of the Summons and Complaint was made by me¹
DATE: January 8, 2008

Name of SERVER: Joyce Bratton
TITLE: Process Server

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: Minette Warren, Deputy City Clerk
2415 University Ave., East Palo Alto, CA 94303

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

TRAVEL: $4    SERVICES: $65    TOTAL: $69

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 8, 2008

Signature of Server: Joyce Bratton #1026

Address of Server: 842 46th St. Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.