JOHN L. BURRIS, ESQ. SBN #69888
BENJAMIN NISENBAU M, SBN# 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport St., Suite 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882 fax

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,                          )    Case No.: C7-06500 HRL
                                   )
            Plaintiff,             )    SUMMONS RETURNED EXECUTED
      v.                           )    SERVED: RAMI KHOURY,
                                   )    POLICE OFFICER FOR THE
CITY OF EAST PALO ALTO, et al.     )    CITY OF EAST PALO ALTO
                                   )
            Defendants.            )    PROOF OF SERVICE
_____)

AO 440 (Rev. 8/01) Summons is a Civil Action  Jane Doe v. City of East Palo Alto   C07-06500

## RETURN OF SERVICE  Police Officer Rami Khoury

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | January 8, 2008 |

| Name of SERVER | TITLE |
|---|---|
| Joyce Bratton | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Vickie Porter #259

Records Supervisor
141 Demeter St.
East Palo Alto, CA 94303

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ 40 | TOTAL $ 40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 8, 2008    Joyce Bratton, #1026
          Date              Signature of Server

                842 46th St. Oakland, CA 94608
                Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.