```
1   JOHN L. BURRIS, SBN 69888
    BEN NISENBAUM, SBN 222173
2   LAW OFFICES OF JOHN L. BURRIS
3   Airport Corporate Centre
    7677 Oakport Street, Suite 1120
4   Oakland, CA 94621
    (510) 839-5200; FAX (510) 839-3882
5
6   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C07-06500 HRL

JANE DOE,

        Plaintiff,

v.

CITY OF EAST PALO ALTO, et al.

        Defendants.

SUMMONS RETURNED EXECUTED
SERVED: City of East Palo Alto

PROOF OF SERVICE

AO 440 (Rev. 8/01) Summons in a Civil Action    Jane Doe v. City of East Palo Alto C07-06500

## RETURN OF SERVICE   City of East Palo Alto

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | January 8, 2008 |
| Name of SERVER: Joyce Bratton | TITLE: Process Server |

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: Minette Warren, Deputy City Clerk
2415 University Ave., East Palo Alto, CA 94303

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $4 | $65 | $69 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 8, 2008      Joyce Bratton  #1026
                   Date                   Signature of Server

842 46th St. Oakland, CA 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.