1  JOHN L. BURRIS, SBN 69888
2  BEN NISENBAUM, SBN 222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, CA 94621
5  (510) 839-5200; FAX (510) 839-3882

6  Attorneys for Plaintiff

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9
                                    No.  C07-06500 HRL
10

11
   JANE DOE,
12                                  SUMMONS RETURNED
                                    EXECUTED
         Plaintiff,                 SERVED: Rami Khoury,
13 v.                               Police Officer for the City
                                    of East Palo Alto
14 CITY OF EAST PALO ALTO, et al.
15                                  PROOF OF SERVICE
         Defendants.
16

AO 440 (Rev. 8/01) Summons in a Civil Action   Jane Doe v. City of East Palo Alto  C07-06500

## RETURN OF SERVICE   Police Officer Rami Khoury

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | January 8, 2008 |
| Name of SERVER: Joyce Bratton | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Vickie Porter #259
Records Supervisor
141 Demeter St.
East Palo Alto, CA 94303

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $40 | TOTAL $40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 8, 2008        Joyce Bratton #1026
              Date                  Signature of Server

                                    842 46th St. Oakland, CA 94608
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.