JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR #: 200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendants
CITY OF EAST PALO ALTO and OFFICER RAMI KHOURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF EAST PALO ALTO, a Municipal corporation; RAMI KHOURY; and DOES 1 - 10,<br><br>　　　　Defendants. | CASE NO.: C07-06500 HRL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed: 12/28/07 |

　　　　Pursuant to Civil Local Rule 6-1(a), the parties under this action, by and through their attorneys of record, hereby stipulate that defendants City of East Palo Alto and Rami Khoury shall have until February 11, 2008 to answer or otherwise respond to plaintiff's complaint.

IT IS SO STIPULATED.

DATED: January 29, 2008　　　　　　　　　CLAPP, MORONEY, BELLAGAMBA
　　　　　　　　　　　　　　　　　　　　　　　　　and VUCINICH

　　　　　　　　　　　　　　　　　　　　　　　**/S/**
　　　　　　　　　　　　　　　　By: ─────────────────
　　　　　　　　　　　　　　　　　　JEFFREY M. VUCINICH
　　　　　　　　　　　　　　　　　　PATRICK R. CO
　　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　　CITY OF EAST PALO ALTO;
　　　　　　　　　　　　　　　　　　RAMI KHOURY

///

**STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT; CASE NO. C07-06500 HRL**　　　　　　　　G:\Data\DOCS\0160\03928\Stip.Respond.Complaint

1 | DATED:            , 2008          LAW OFFICES OF JOHN L. BURRIS

2
3 | By: __/S/_____
4 | BENJAMIN NISENBAUM
    | Attorneys for Plaintiff
5 | JANE DOE

---

**STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT; CASE NO. C07-06500 HRL**                2                G:\Data\DOCS\0160\03928\Stip.Respond.Complaint