JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
PATRICK R. CO, ESQ.  BAR #: 200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendants
CITY OF EAST PALO ALTO and OFFICER RAMI KHOURY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF EAST PALO ALTO, a<br>Municipal corporation; RAMI KHOURY;<br>and DOES 1 - 10,<br><br>          Defendants. | CASE NO.:  C07-06500 HRL<br><br>**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(cc), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED:  April 2, 2008

CLAPP, MORONEY, BELLAGAMBA
and VUCINICH

By: _____
    JEFFREY M. VUCINICH
    Attorneys for Defendants
    CITY OF EAST PALO ALTO and OFFICER
    RAMI KHOURY

*JANE DOE v. CITY OF EAST PALO ALTO, et al.*
United States District Court, Northern District of California Case No. C07-06500 HRL

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066. On the date indicated below, I served the within:

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

| | |
|---|---|
| John L. Burris, Esq.<br>Benjamin Nisenbaum, Esq.<br>Law Offices of John L Burris<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, CA 94621<br>Tel: (510) 839-5200<br>Fax: (510) 839-3882<br>e-mail: john.burris@johnburrislaw.com<br>e-mail: bnisenbuam@gmail.com<br>**Attys for Plaintiff JANE DOE** | |

☐ (BY UNITED STATED MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the address listed above and (specify one).

(1) ☐ deposited the seal envelope with the United States Postal Service, with the postage fully pre-paid.

(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ (BY PERSONAL SERVICE) I personally delivered the documents to the persons at the addresses as set forth above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) for a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ (BY FAX TRANSMISSION) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers set forth above. No error was reported by the fax machine that I used. A copy of the record of transmission, which I printed out, is attached.

☐ (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons set forth above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

G:\Data\DOCS\0160\03928\POS.wpd

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[X] (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed as noted above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.
***SEE E-MAIL ADDRESS LOCATED ABOVE***

[ ] (BY MESSENGER SERVICE)  I served the documents by placing then in an envelope or package addressed to the persons at the addresses as noted above and providing them to a professional messenger service for service.  *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

Executed on April 2, 2008 at San Bruno, California.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Claudia Gomez

G:\Data\DOCS\0160\03928\POS.wpd