*E-FILED 4/15/2008*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF EAST PALO ALTO and RAMI KHOURY,<br><br>    Defendants. | No. C07-06500 HRL<br><br>**CASE MANAGEMENT ORDER** |

On April 15, 2008, the parties appeared for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussion held at the Conference, the court orders as follows:

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

The parties are referred to the Court's Alternative Dispute Resolution Program for Mediation.

The parties shall contact the chambers of Magistrate Judge Trumbull well in advance of the Pretrial Conference to arrange a Settlement Conference to take place just prior to the Pretrial

1  Conference.

2  The following schedule shall apply to this case:

3  Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 15, 2008

4  Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . September 30, 2008

5  Designation of Rebuttal Experts with Reports  . . . . . . . . . . . . . . . . . . . October 17, 2008

6  Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 31, 2008

7  Last Day for Hearing on Dispositive Motions  . . . . . . . . December 16, 2008, 10:00 a.m.

8  Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . February 3, 2009, 1:30 p.m.

9  Jury Trial (estimated 3 days) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 9, 2009

10  Any motions to compel fact discovery must be filed no later than seven court days after

11  the Fact Discovery Cutoff, and any motions to compel expert discovery must be filed no later

12  than seven court days after the Expert Discovery Cutoff.  (See Civ. L.R. 26-2).

13  Furthermore, the parties shall comply with the undersigned's Standing Order re: Pretrial

14  Preparation with regard to the timing and content of the Joint Pretrial Statement, and other

15  pretrial submissions.[1]

16  IT IS SO ORDERED.

18  Dated: April 15, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1]    Parties may obtain copies of all of this court's standing orders from the clerk of the court, or on the court's website (www.cand.uscourts.gov).

**5:07-cv-6500 Notice has been electronically mailed to:**

John L. Burris john.burris@johnburrislaw.com, arlene.branch@johnburrislaw.com, maxine.johnson@johnburrislaw.com

Benjamin Nisenbaum bnisenbaum@gmail.com, ben.nisenbaum@johnburrislaw.com

Jeffrey Michael Vucinich jvucinich@clappmoroney.com, cgomez@clappmoroney.com, jrose@clappmoroney.com, pco@clappmoroney.com, sharrington@clappmoroney.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

3