# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   April 15, 2008                                            Time in Court: 6 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

---

**TITLE:**   Jane Doe v. City of East Palo Alto, et al
**CASE NUMBER**: C07-06500HRL
Plaintiff Attorney present: Benjamin Nisenbaum
Defendant Attorney present: Jeffrey Vucinich

---

**PROCEEDINGS: Case Management Conference**


Parties are referred to mediation.

Jury trial scheduled for February 9, 2009 with a pre-trial conference scheduled for February 3, 2009.

Court to issue written order.