# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Doe,<br><br>              Plaintiff(s),<br><br>     v.<br><br>City of East Palo Alto,<br><br>              Defendant(s). | 07-06500 HRL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Carol L. Woodward**
San Mateo County Counsel's Office
400 County Center, 6th Floor
Redwood City, CA 94063
650-363-4746
cwoodward@co.sanmateo.ca.us

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06500 HRL MED                              - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: July 16, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-06500 HRL MED                    - 2 -