JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882

Attorneys for Plaintiff

JEFFREY M VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR#: 200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066

Attorneys for Defendants
CITY OF EAST PALO ALTO and OFFICER RAMI KHOURY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


JANE DOE,                                          Case No. C 07 6500 HRL

            Plaintiff,                   **STIPULATION AND (PROPOSED) ORDER
                                         TO EXTEND ADR DEADLINES**

      vs.

 CITY OF EAST PALO ALTO,  a municipal
corporation; RAMI KHOURY, and DOES 1-10


                   Defendants.
                                         /
_____

            Pursuant to Local Rule 7-11, the parties file this stipulated motion to extend the ADR

deadline in this case.

      The parties have agreed to mediation of this matter through an ADR-appointed mediator.  The

parties have conferred with the Court's ADR division, which concurs with the parties request to

extend the ADR deadline.  No mediator has been appointed yet, and it is expected that a mediator

will be appointed shortly.  Discovery in the case is proceeding, and the parties will be ready to

conduct mediation by an extended ADR deadline of September 15, 2008.

1

2    Dated:  July 9, 2008                    **THE LAW OFFICES OF JOHN L. BURRIS**

3

4                                           /s/ Benjamin Nisenbaum_____
                                           Ben Nisenbaum
5                                           Attorney for Plaintiff

6

    Dated:  July 9, 2008                    **CLAPP, MORONEY, BELLAGAMBA,**
7                                           **and VUCINICH**

8

9                                           By: /s/ Jeffrey M. Vucinich_____
                                           JEFFREY M. VUCINICH,  ESQ.
10                                          PATRICK R. CO, ESQ.
                                           Attorney for Defendants
11                                          CITY OF EAST PALO ALTO and
                                           OFFICER RAMI KHOURY
12

13

14

15

16

17                            **(PROPOSED) ORDER**

18          Pursuant to stipulation, the Court hereby orders that the deadline for the parties to complete

19   ADR in this case be extended to September 15, 2008.

20

21

22

23   Dated:_____          _____
                                    HONORABLE HOWARD R. LLOYD
24                                   UNITED STATES MAGISTRATE JUDGE

25

26

27

28

STIPULATION AND (PROPOSED) ORDER EXTENDING ADR DEADLINE–            2
Case No. C 07 6500 HRL