```
 1  JOHN L. BURRIS, Esq./ State Bar #69888
    BENJAMIN NISENBAUM, Esq./State Bar #222173
 2  LAW OFFICES OF JOHN L. BURRIS
    Airport Corporate Centre
 3  7677 Oakport Street, Suite 1120          *ORDER E-FILED 7/17/2008*
    Oakland, California 94621
 4  Telephone:  (510) 839-5200
    Facsimile:   (510) 839-3882
 5
    Attorneys for Plaintiff
 6
    JEFFREY M VUCINICH, ESQ. BAR#: 67906
 7  PATRICK R. CO, ESQ. BAR#: 200160
    CLAPP, MORONEY, BELLAGAMBA and VUCINICH
 8  A PROFESSIONAL CORPORATION
    1111 Bayhill Drive, Suite 300
 9  San Bruno, CA 94066

10  Attorneys for Defendants
    CITY OF EAST PALO ALTO and OFFICER RAMI KHOURY
11
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. C 07 6500 HRL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINES |
| vs. | |
| CITY OF EAST PALO ALTO, a municipal corporation; RAMI KHOURY, and DOES 1-10 | |
| Defendants. | |

Pursuant to Local Rule 7-11, the parties file this stipulated motion to extend the ADR deadline in this case.

The parties have agreed to mediation of this matter through an ADR-appointed mediator. The parties have conferred with the Court's ADR division, which concurs with the parties request to extend the ADR deadline. No mediator has been appointed yet, and it is expected that a mediator will be appointed shortly. Discovery in the case is proceeding, and the parties will be ready to conduct mediation by an extended ADR deadline of September 15, 2008.

Dated: July 9, 2008                                    **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ Benjamin Nisenbaum
Ben Nisenbaum
Attorney for Plaintiff

Dated: July 9, 2008                                    **CLAPP, MORONEY, BELLAGAMBA, and VUCINICH**

By: /s/ Jeffrey M. Vucinich
JEFFREY M. VUCINICH, ESQ.
PATRICK R. CO, ESQ.
Attorney for Defendants
CITY OF EAST PALO ALTO and
OFFICER RAMI KHOURY

# (PROPOSED) ORDER

Pursuant to stipulation, the Court hereby orders that the deadline for the parties to complete ADR in this case be extended to September 15, 2008.

Dated: July 17, 2008                                   _____
                                                        HONORABLE HOWARD R. LLOYD
                                                        UNITED STATES MAGISTRATE JUDGE